630

372 A.2d 438

Moran v. Moran, Appellant.

Argued December 7, 1976. J. Hylan, with him Paul C. Vangrossi, for appellant; Arthur L. Jenkins, Jr., with him Smith, Aker, Grossman, Hollinger & Jenkins, for appellee.

Order affirmed.

372 A.2d 438

Noll, Appellant, v. Conrad, et al.

Argued December 6, 1976. Arnold Machles, with him Lorry, Machles & Hymowitz, for appellant; Robert J. Murphy, with him Murphy, Murphy & Murphy, for appellees.

Order affirmed; petition for reargument refused February 24, 1977.